IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Criminal Action No. **10-cr-165-JLK**

**UNITED STATES OF AMERICA,**

      Plaintiff,

v.

**1.    LUISA BAYLON, a/k/a LUISA JARAMILLO,**

      Defendant.

---

## MINUTE ORDER RE-SETTING
## FINAL TRIAL PREPARATION CONFERENCE/MOTIONS HEARING
## AND RESPONSE DEADLINE

Judge John L. Kane **ORDERS**

The deadline for the government's responses to motions is moved up to **May 14, 2010**. The **Final Trial Preparation Conference and Motions Hearing** is **RE-SET** for **May 18, 2010, at 2:00 p.m.**

The **3-day jury trial** remains set for **May 24, 2010 at 9:00 a.m.** in Courtroom A802, Alfred A. Arraj U.S. Courthouse, 901 19th Street.

---

Dated: May 7, 2010