IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 10-cr-00165-JLK

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. LUISA BAYLON,

    Defendant.

---

## STIPULATION AND ORDER REGARDING CUSTODY OF EXHIBITS

---

IT IS STIPULATED AND ORDERED that, at the conclusion of the trial on May 27, 2010, counsel for the parties shall retain custody of their respective exhibits until such time as all need for the exhibits has terminated and the time to appeal has expired or all appellate proceedings have been terminated plus sixty days.

DATED at Denver, Colorado this 1st day of June, 2010.

                BY THE COURT:

                s/ John L. Kane
                Senior Judge John L. Kane
                United States District Judge