IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 10-cr-00165-JKL-1

UNITED STATES OF AMERICA,
    Plaintiff,

v.

1.  LUISA BAYLON,
      a/k/a Luisa Jaramillo,
       Defendant.

---

## JUDGMENT OF ACQUITTAL

---

This matter came on for trial May 24, 2010 through May 27, 2010, before a duly impaneled jury of twelve, the Honorable John L. Kane, presiding. On May 27, 2010, the jury rendered its verdict of not guilty as to Count One of the Indictment as to defendant Luisa Baylon, a/k/a Luisa Jaramillo, it is therefore,

ORDERED that the defendant, Luisa Baylon, a/k/a Luisa Jaramillo, is hereby acquitted of all charges against her and the indictment is dismissed, the defendant is discharged, and any bond which may have been posted is exonerated.

DATED at Denver, Colorado this 2nd day of June, 2010.

FOR THE COURT:

GREGORY C. LANGHAM, CLERK

s/ Edward P. Butler
Edward P. Butler,
Deputy Clerk

APPROVED AS TO FORM:

**s/ John L. Kane**
Senior Judge John L. Kane